PROB 12C
(7/93)

Report Date: November 13, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 1 3 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher David Clark          Case Number: 0980 2:13CR00023-002

Address of Offender:

Name of Supervising Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 22, 2013

Original Offense:      Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. § 471

Original Sentence:     Prison 6 months;              Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Pamela J. Byerly             Date Supervision Commenced: August 13, 2013

Defense Attorney:      Roger Peven                  Date Supervision Expires: August 12, 2016

---

### PETITIONING THE COURT

#### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: On November 7, 2013, the undersigned officer applied a sweat patch on the offender's arm for the purpose of substance abuse testing.  At that time, he was instructed not to remove or tamper with said patch.

On November 13, 2013, Mr. Clark reported to the U.S. Probation Office and claimed his 4-year-old son removed the patch during a shower on November 12, 2013.  Mr. Clark could not explain why he delayed notifying the probation office.  In addition, Mr. Clark did not have the sweat patch and indicated he wasn't sure where it was.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
**Re: Clark, Christopher David**
**November 13, 2013**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 13, 2013

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

Nov 13, 2013

Date