PROB 12C
(7/93)

Report Date: November 14, 2014

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher David Clark         Case Number: 2:13CR00023-TOR-2

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 22, 2013

| | | |
|---|---|---|
| Original Offense: | Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. § 471 | |
| Original Sentence: | Prison - 6 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allen Hicks | Date Supervision Commenced: August 13, 2013 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: August 12, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**:  Mr. Clark has failed to submit a written monthly report as directed since September 4, 2014. |
| 2 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On November 13, 2014, the undersigned was notified by Mr. Clark's chemical dependency treatment provider that he was being discharged from treatment for failing to comply with the treatment rules and failing to attend as required.<br><br>Mr. Clark has failed to refrain from using controlled substances, continued to miss treatment dates, and failed to comply with his urinalysis testing requirements. |

3    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Clark has failed to abstain from the use of illegal controlled substances. The offender provided a urine sample at the vendor site on November 6, 2014. The sample was sent to the laboratory to test for the presence of a controlled substance. The sample tested positive for methamphetamine and amphetamine on November 11, 2014.

Mr. Clark failed to report as scheduled for his required urinalysis test on November 12, 2014.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/14/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

November 14, 2014

Date